NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RAUL BENCOMO,**
*Petitioner,*

**v.**

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent.*

---

2011-3106

---

Petition for review of the Merit Systems Protection Board in case no. DA0752090332-I-1.

---

**JUDGMENT**

---

THOMAS G. ROTH, Law Offices of Thomas G. Roth, of Mountain Lakes, New Jersey, argued for petitioner.

KENNETH M. DINTZER, Assistant Director, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. On the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, TODD M. HUGHES, Deputy Director, and ALLISON KIDD-MILLER, Senior Trial Counsel. Of counsel on the brief was J. DOUGLAS WHITAKER, Immigration and Customs Enforcement, United States Department of Homeland Security, of Omaha, Nebraska.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* LOURIE and MOORE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| March 13, 2012 | /s/ Jan Horbaly |
|:---:|:---:|
| Date | Jan Horbaly |
| | Clerk |